# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 22-40640-399 |
| CARMEN IACONO ) | Chapter 13 |
| KASANDRA IACONO ) | |
| ) | Trustee's Objection to Confirmation |
| ) | Original Confirmation Hearing set for: |
| **Debtors** ) | May 4, 2022  10:00 am |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and for her objection to confirmation states as follows:

1. Per 341 meeting testimony, MRs. Iacono owes back child support, which is not scheduled or addressed in the Chapter 13 plan.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

Dated: April 14, 2022                     /s/ Diana S. Daugherty
                                          Diana S. Daugherty
OBJCONFAF--DSD                            Standing Chapter 13 Trustee
                                          P.O. Box 430908
                                          St. Louis, MO  63143
                                          (314) 781-8100  Fax: (314) 781-8881
                                          trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on April 14, 2022, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on April 14, 2022.

CARMEN IACONO
KASANDRA IACONO
2355 FOXTROTTER DR LOT #315
O FALLON, MO  63368

                                          /s/ Diana S. Daugherty
                                          Diana S. Daugherty